UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MEDINA-ALVAREZ, | ) Case No. CV 13-0783 ODW(JC) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

In accordance with the Memorandum Opinion and Order Dismissing Petition and Action without Prejudice filed this date, IT IS HEREBY ADJUDGED that the "Petition for 28 U.S.C. § 2241 Pursuant to Habeas Corpus Statutes, [etc.]" and this action are dismissed without prejudice.

DATED: March 4, 2013

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE